# EXHIBIT C

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALAMA
EASTERN DIVISION

| | |
|---|---|
| **JUSTIN JOHNSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. : |
| ) | |
| **WAAWAATESI LLC,** ) | |
| **d/b/a GREENLINE LOANS, JESSI** ) | |
| **LORENZO,** In her official and/or ) | |
| Individual capacity, and **JOSEPH** ) | |
| **WILDCAT** in his official capacity as ) | |
| President of the Lae du Flambeau Band ) | |
| of Lake Superior Chippewa Indians ) | |
| and A through Z, being those individuals ) | |
| and entities whose names are unknown, ) | |
| but will be ascertained; and who are ) | |
| responsible, in their individual and/or ) | |
| official capacities, for the unlawful ) | |
| actions alleged herein, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF RAQUEL BELL

I, Raquel Bell, state as follows:

1. I am over the age of eighteen years. The statements contained in this declaration are personally known to me. I am competent to testify about any of the matters contained in this declaration.

2. I am currently employed by LDF Holdings, LLC, which wholly owns and operates Waawaatesi LLC, d/b/a Greenline Loans.

3. I am employed as the Compliance Manager.

3. Waawaatesi LLC is a tribal corporation organized under the laws of the Lac du Flambeau Bank of Lake Superior Chippewa Indians (the "Tribe"), a federally recognized American Indian Tribe.

WA 12151328.1

4.  I reviewed all relevant records and determined the total number of borrowers that took out loans from Greenline from March 28, 2018 to April 21, 2022 is 6,157.

5.  Based on Greenline's annual lending amount to individuals within Alabama, if Greenline were to be prevented from lending in Alabama any time in the future, Greenline would lose revenue in excess of five million dollars.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 26th, 2022.

*Racquel Bell*
Raquel Bell