# EXHIBIT A

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALAMA
## EASTERN DIVISION

| | |
|---|---|
| **JUSTIN JOHNSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:22-cv-00336-RAH-JTA |
| ) | |
| **WAAWAATESI LLC,** ) | |
| **d/b/a GREENLINE LOANS,** *et al.*, ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

### DECLARATION OF RAQUEL BELL

I, Raquel Bell, states as follows:

1.  I am over the age of eighteen years. The statements contained in this declaration are personally known to me. I am competent to testify about any of the matters contained in this declaration.

2.  I am currently employed by LDF Holdings, LLC, which wholly owns and operates Waawaatesi LLC, d/b/a Greenline Loans ("Waawaatesi").

3.  Waawaatesi LLC is a tribal corporation organized under the laws of the Lac du Flambeau Band of Lake Superior Chippewa Indians (the "Tribe"), a federally recognized Indian Tribe.

4.  I am employed as the Compliance Manager and my physical place of employment is located on the Reservation of the Tribe, which is located within the boundaries of the State of Wisconsin.

5.  I reviewed all relevant records and determined the total number of Alabama borrowers that took out loans from Waawaatesi for the principal amount of $1500 or less from March 28, 2018 to June 3, 2022 is 6,512.

6. I further determined the total amount *due* on all loans Waawaatesi extended to Alabama borrowers for a principal amount of $1,500 or less from March 28, 2018 to June 3, 2022 is $7,532,165.11.

7. I further determined that of the amount due, the total amount already *collected* by Waawaatesi from Alabama borrowers on loans with a principal amount of $1,500 or less from March 28, 2018 to June 3, 2022 is $4,030,663.78.

8. Based on Waawaatesi's annual lending amount to individuals in Alabama, if Waawaatesi were to be prevented from lending in Alabama any time in the future, Waawaatesi would lose revenue in excess of five million dollars.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June  30th , 2022.

DocuSigned by:

*Racquel Bell*

27071B2F2E1A4D1...

Raquel Bell