# EXHIBIT B

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALAMA
### EASTERN DIVISION

| | |
|---|---|
| JUSTIN JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>WAAWAATESI LLC,<br>d/b/a GREENLINE LOANS, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    Case No. 3:22-cv-00336-RAH-JTA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JESSI LORENZO

I, Jessi Lorenzo, states as follows:

1. I am over the age of eighteen years. The statements contained in this declaration are personally known to me. I am competent to testify about any of the matters contained in this declaration.

2. I am a resident and citizen of the state of Florida.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 30th, 2022.

*Jessi Lorenzo*