**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JUSTIN JOHNSON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  3:22-cv-336-RAH** |
| | ) | |
| **WAAWAATESI LLC, et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STATUS REPORT**

**COME NOW** the parties and, pursuant to this Court's Order dated January 9, 2023 (Doc 40), jointly report the status of activity in the case of *Dunn v. Global Trust Management, LLC*, 506 F. Supp. 3d 1214 (M.D. Fla.2020), to be unchanged.  The Eleventh Circuit has not issued an opinion and there has been no docket activity in the case since August 16, 2022.

Respectfully submitted on this 25th day of April 2023.

/s/ Kenneth J. Riemer
KENNETH J. RIEMER (RIEMK8712)
RIEMER LAW, LLC.
One of the attorneys for Plaintiff
2153 Airport Boulevard
Mobile, Alabama 36606
Telephone: (251) 432-9212
E-mail: kjr@Riemer-Law.com

and

/s/ John N. Bolus
JOHN N. BOLUS
Maynard Nexsen PC
1901 Sixth Ave. N., Suite 1700
Birmingham, AL 35203
Email: JBolus@maynardnexsen.com.

06829523.1

*Attorney for Defendants*
*Waawaatesi LLC, d/b/a Greenline Loans,*
*Jessi Lorenzo (a/k/a Jessi Phillips) and*
*Joseph Wildcat*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been filed with this Court's

CM/ECF system and were served upon all parties by electronic mail on April 25, 2023.


*/s/ Kenneth J. Riemer*
KENNETH J. RIEMER (RIEMK8712)