IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JUSTIN JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:22-cv-00336-RAH |
| | ) |
| WAAWAATESI LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the parties' *Joint Stipulation of Dismissal* (doc. 67), which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is **ORDERED** that this action is **DISMISSED with prejudice** on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of Court is **DIRECTED** to close the case.

DONE, on this the 30th day of January 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE